UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAY JAMES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1835** |
| **LIBERTY MUTUAL INSURANCE COMPANY** | **SECTION "O"** |

### ORDER

**IT IS ORDERED** that the joint motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiffs Clay James and Lisa James against Defendant Liberty Mutual Insurance Company are dismissed with prejudice. Each party will bear its own costs.

**IT IS FURTHER ORDERED** that Defendant's motion in limine[2] is **DENIED** as moot.

New Orleans, Louisiana, this 28th day of February, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 24.
[2] ECF No. 17.